

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROINA
DIVISION

UNITED STATES OF AMERICA

VS.

NO. 5:15-CR-59-1F
5:15-CR-59-2F

Robert Earl Mays
Paris Cordava-Williams

ORDER

IT IS HEREBY ORDERED that the following government exhibit(s) admitted into evidence on 7/1/2015 be turned over to Special Agent MRSummers to be retained in his custody until this case is completed, including any matters on appeal:

| GOVERN. EXHIBIT NO.: | DESCRIPTION: |
|---|---|
| 49 | Gun |
| 50 | Magazine |
| 50a | Ammo |
| 58 | Tracking Device |

This 1ST day of July, 2015.

/s/ James C. Fox
Senior UNITED STATES DISTRICT JUDGE

Received by Agent          (signature) on          (date)