UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROINA
DIVISION

FILED IN OPEN COURT ON 7/2/15
Julie Richards Johnston, Clerk
US District Court
Eastern District of NC

UNITED STATES OF AMERICA

VS.

Robert Earl Mays
Paris Cordava Williams

NO. 5:15-CR-59-1F
    5:15-CR-59-2F

ORDER

IT IS HEREBY ORDERED that the following government exhibit(s) admitted into evidence on 7/2/15 be turned over to Special Agent Michael Summers to be retained in his custody until this case is completed, including any matters on appeal:

| GOVERN. EXHIBIT NO.: | DESCRIPTION: |
|---|---|
| 75a | Actual Money - Cash |

This 2nd day of July, 2015.

_____
Senior UNITED STATES DISTRICT JUDGE
James C. Fox

Received by Agent      (signature) on      (date)

Case 5:15-cr-00059-F   Document 88   Filed 07/02/15   Page 1 of 1